**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BILLY J. BASTIAN, KENYA J. BASTIAN, | ) | CASE NO. 10-75439-WLH |
| | ) | |
| Debtor(s). | ) | |
| ------------------------------- | ) | ------------------------------- |
| | ) | |
| U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BILLY J. BASTIAN, KENYA J. BASTIAN, and M. DENISE DOTSON, as Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 6160 Pierless Landing, Sugar Hill, GA. 30518, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 07/15/2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence

foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 19th day of July, 2010.

*Wendy L. Hagenau*
**WENDY L. HAGENAU**
**UNITED STATES BANKRUPTCY JUDGE**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: _____
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Billy J. Bastian
Kenya J. Bastian
6160 Pierless Landing
Sugar Hill, Georgia 30518

Corinne Rutzke, Esquire
6445 Powers Ferry Road, Suite 265
Atlanta, GA 30339

M. Denise Dotson, Esq.
Chapter 7 Trustee
170 Mitchell Street
Atlanta, GA 30303

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342